IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CV-305-D

| | | |
|---|---|---|
| JAMES HAROLD FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

On July 28, 2026, plaintiff filed a pro se complaint against defendant [D.E. 1] and a motion to proceed in forma pauperis [D.E. 2]. On July 29, 2026, the court referred the matter to United States Magistrate Judge Robert B. Jones, Jr. for a memorandum and recommendation [D.E. 3]. See 28 U.S.C. § 636(b)(1)(B).

On August 10, 2026, Magistrate Judge Jones issued a memorandum and recommendation ("M&R") [D.E. 3]. In the M&R, Magistrate Judge Jones recommended that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to tender the filing fee of $405.00 to the clerk of court before plaintiff's complaint is allowed to proceed. See id. at 2.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (cleaned up). In order "to preserve for appeal an issue in a magistrate judge's report, a party must

object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." Martin v. Duffy, 858 F.3d 239, 245 (4th Cir. 2017) (citation omitted); see United States v. Midgette, 478 F.3d 616, 622 (4th Cir. 2007).

Neither party objected to the M&R. Therefore, the court reviews for clear error. The court has reviewed the M&R and the record. There is no clear error on the face of the record. See Diamond, 416 F.3d at 315.

In sum, the court ADOPTS the conclusions in the M&R [D.E. 3] and DENIES plaintiff's motion to proceed in forma pauperis.

SO ORDERED. This 27 day of August, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge